IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MATTHEW MAYS and JOSHUA WINTON, | CV 24–71–GF–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| LATOYA MATUS, GREAT FALLS PRE-RELEASE SERVICES, INC., ALAN SCANLON and CHARLIE MARTIN, | |
| Defendants. | |

Before the Court is the Parties' stipulated motion to dismiss. (Doc. 74.)

IT IS ORDERED that the motion (Doc. 74) is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs.

The Clerk of Court is directed to close this case.

DATED this 22nd day of April, 2026.

Dana L. Christensen, District Judge
United States District Court

- 1 -